## Larry SWINEHART, Respondent,

v.

## PENNSYLVANIA STATE POLICE, Petitioner.

Supreme Court of Pennsylvania.

Oct. 20, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of October, 2004, the Petition for Allowance of Appeal is hereby GRANTED. The order of the Commonwealth Court is VACATED and this matter is REMANDED to the Office of the Attorney General's administrative law judge for proceedings consistent with, and consideration of, *Pennsylvania State Police v. Paulshock,* 575 Pa. 378, 836 A.2d 110 (2003).

Justice J. MICHAEL EAKIN did not participate in the consideration or decision of this matter.